James H. MacLauchlan, Respondent, *v.* Henry M. Behre et al., Appellants.

(Argued April 25, 1933; decided May 31, 1933.)

*Manton Marks* and *Albert J. Rifkind* for appellants.
*Harry Kirshbaum* and *Samuel Feuer* for respondent.

no opinion.   (See 262 N. Y. 663.)

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ.   Not sitting: Hubbs, J.